O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY ALMA MUSE, | ) | Case No. EDCV 09-02156-OP |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with this Memorandum Opinion.

DATED: September 17, 2010

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge